**RECEIVED**

OCT 14 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Marquayle Thomas

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Prisoner review board -
I.D.O.C.

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

14 C 8048
Judge James B. Zagel
Magistrate Judge Maria Valdez

Case No: _12Cr1055901_
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A. Name: Marquayle Thomas

  B. List all aliases: Marquez Thomas, Marquayle Thomas

  C. Prisoner identification number: R66208-20140731329

  D. Place of present confinement: Western C.C.

  E. Address: 2500 Route 99 MT. Sterling IL 60353

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Prisoner review Board

   Title:

   Place of Employment:

  B. Defendant: I.D.O.C

   Title:

   Place of Employment:

  C. Defendant:

   Title:

   Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Poss amt Con sub - 12Cr1055901

B. Approximate date of filing lawsuit: 8-5-14

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Marquayie Thomas

D. List all defendants: I.D.O.C - Prisoner review Board

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Brown, Springfied

F. Name of judge to whom case was assigned: 

G. Basic claim made: 

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): 

I. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Parole was violate on 10-30-13 a warrant was issued on 11-1-13 which i was already incarcerated at the time. I seen the Prisoner review Board in Cook county on 11-5-13 which they told me that i was already violated. New i was Transpoted to Stateville N.R.C to have a Preliminary hearing for the Parole violation on 11-14-13 which they found probable cause Conditions of Release have been violated and the prisoner review board Shall conduct a Parole violated hearing on such alleged Violation. Now I went to court 12-8-13 got a Contiued to 1-14-14 Which They Transpoted me to Western Illinois Correctional Center. Where i was held to see the prisoner review Board they come They come on 12-30-13 I did not see them i went back to court 1-14-14 did not come back intil 3-26-14 which i was violated for my Mandatory supervised release Now I was told i was on The docket for 4-30-14 I went they told me that they did not have my file I went back to court May 15 2014 I was put on The docket on 6-25-14 they did not have my file again I go back to Court 7-16-14.

It's Cruel and unusual punishment under the Eighth Amendment wrongful and unconstitutional Incarcerated under The fourteen Amendment, Mentally anguish Emotion Stress Rule 34, 37 I Want 350,000,000

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I just want what's belong to me They money they Held me over my parcie Time and the stess i went through

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Marguerite Thomas_
(Signature of plaintiff or plaintiffs)

_Marguerite Thomas_
(Print name)

2014-0731-329
(I.D. Number)

_____
_____
(Address)